# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

JAMES GIBSON
Name under which you were convicted

164115
Your prison number

vs.

CIVIL ACTION NO. 14-42-WS-N
(To be supplied by Clerk of Court)

WANDA LIGHTNER
Name of Defendant(s)

MOBILE WORK RELEASE,
P.O. BOX 13040 MOBILE AL 36663
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. See Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

I. <u>PREVIOUS LAWSUITS</u>.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )   No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )   No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: ___N/A___

   Defendants: ___N/A___

   2. Court (if federal court, name the district; if state court, name the county): ___N/A___

   3. Docket Number: ___N/A___

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: ___N/A___

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   ___N/A___

   7. Approximate date of filing lawsuit: ___N/A___

3

8. Approximate date of ruling by court: _N/A_

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: MOBILE WORK RELEASE

B. Date it occurred: 12-2-2013

C. Is there a prisoner grievance procedure in this institution? NONE

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X)   No ( )
   REQUEST, see EXHibit (A)

E. If your answer is YES:

   1. What steps did you take? REQUEST

   2. What was the result? DENIED

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

DENIED EQUAL PROTECTION Rights.

ON 12-2-13 I wrote the warden, by request to be moved closer to home. Camp Asked for was Alex City. I received the request back being denied. I do feel the defendant is denieing me my right to be closer to home when other here are being sent closer to their home. I feel this is being done in was of Predjustice and Discrimination. And have wrote request After this date and have recived nothing. I Am not working do to a layoff At this present time.

## III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): JAMES GIBSON 164115

   Your present address: P.O. Box 13040, Mobile AL 36663

B. <u>Defendant(s)</u>:

1. Defendant (full name) Wanda Lishtner is employed as Warden at Mobile Work Release

   His/her present address is P.O. Box 13040 Mobile AL 36663.

   (a) Claim against this defendant: Discrimination And Prejudice

   (b) Supporting facts (Include date/location of incident):
   See Exhibit (A) The Defendant will not Aprove for Plaintiff for a Tranfer close to Home as she do for Others Inmates is Discrimination And Prejudice

2. Defendant (full name) Ellie Hester is employed as Classification at Mobile Work Release.

   His/her present address is P.O. Box 13040 Mobile AL 36663

   (a) Claim against this defendant: Discrimination And Prejudice

   (b) Supporting facts (Include date/location of incident):
   See Exhibit (A) Defendant fail to Recommended that the Plaintiff be moved close to His Home as she Did Others Inmates

3. Defendant (full name) _____ is employed as _____

   at _____.

5

His/her present address is _____.

(a) Claim against this defendant: _____
_____.

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Theft 1st  Burglary 3rd
_____.

2. When were you convicted? __1996__

3. What is the term of your sentence? __25 years__

4. When did you start serving this sentence? __1-95__

5. Do you have any other convictions which form the basis of a future sentence?
   Yes (✗)    No (✓)

If so, complete the following:

(a) Date of conviction: __NA__

(b) Term of sentence: __NA__

6. What is your expected end of sentence (E.O.S.) date? __2022__

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|           | Conviction      | Sentence       |
|-----------|-----------------|----------------|
| Reversed  | yes( ) no(✓)    | yes( ) no(✓)   |
| Expunged  | yes( ) no(✓)    | yes( ) no(✓)   |

6

Invalidated   yes( ) no(✗)          yes( ) no(✓)
Writ of habeas  yes( ) no(✓)          yes( ) no(✓)
  corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____ NA _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

IN order for Defendants to transfer to Alex City Work Center or Judgment Against $100,000 From Each Defendant.

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

1-29-14
Date

*James Gibson*
(Signature of Plaintiff Under Penalty of Perjury)

Po Box 13040
Current Mailing Address

Mobile AL 36663

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

EXHIBIT A

# WORK RELEASE
# INMATE REQUEST
# MONEY WITHDRAWAL

NAME James Gibson 164115   DATE 1-8-13

Extra Money Draw _____    Go Shopping _____

Send Money Home _____     Medical _____

Regular Draw _____        Other Transfer

Reason: I have been put in for transfer for about 9 months. And wife has contacted Central Records. And my city to see is space was available and they told her it would be a trade out. And said they had some wanting to come here. Did that the hold up was here because there was no problem for the transfer that I was elgable. I know I was put in for but I've not seen my family in 9 years. I'm put in for pass her 9 months ago. And have herd nothing so I do ask you to help me in a way of sending me closer to home. Thank you for your time. God Bless you

Total Draw Amount $ _____        $ _____

Approved: _____   Denied  X

_____
Work Release Director

James Gibson
AIS 164115
P.O. Box 13040
Mobile AL 36663



United States District Court
Southern District of Alabama
Clerk
113 St Joseph Street
Mobile AL 36602