IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES GIBSON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 14-00042-WS-N |
| WANDA LIGHTNER, et al | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 28th day of January, 2015.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE